**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILLETT MYRON WARREN,<br>Petitioner,<br>v.<br>WARDEN of Adelanto, et al.,<br>Respondents. | Case No. 5:26-cv-05567-SK<br>**JUDGMENT**<br>A File No. 420-24-979 |

Pursuant to the Order Dismissing Habeas Petition for want of prosecution and noncompliance with court orders, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is dismissed without prejudice.

The court retains jurisdiction to entertain any successive habeas petition under § 2241 claiming that petitioner (A# 420-24-979) is detained within this district in violation of federal law. *See* 28 U.S.C. § 1651; *see also Eldridge v. Howard*, 70 F.4th 543, 551 (9th Cir. 2023) (abuse of the writ doctrine precludes reconsideration of claims that were or could have been raised in prior habeas petition).

DATED: October 30, 2026

Steve Kim
STEVE KIM
United States Magistrate Judge